UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>RODNEY LANDINGHAM,<br><br>　　　　　　Defendant. | Case No. 3:04-cr-00106- ART-RAM<br><br>ORDER<br>(ECF No. 66) |

　　　　Defendant Rodney Landingham moves for early termination of supervised release. (ECF No. 66.) The Government does not oppose the motion. (ECF No. 68.) Probation opposes Defendant's motion because of Defendant's underlying offense. (*See* ECF No. 66.) Based on Defendant's compliance with the terms of supervised release for the past four years and evidence of Defendant's rehabilitation and personal growth, the Court grants Defendant's motion to terminate supervised release. (*Id.*)

　　　　In 2007, this Court sentenced Defendant to 171 months of imprisonment followed by five years of supervised release. (*See* ECF No. 45.) While incarcerated, Defendant earned an associate's degree in social science, completed an apprenticeship, and helped other inmates obtain graduate equivalency degrees. (*See* ECF No. 66.) Since completing his sentence, Defendant has earned a certification as a medication technician, has paid his court-ordered restitution, and has not once violated the terms of his supervised release. (*Id.*) Defendant currently cares for his grandmother full-time and supplements his income with yard work.

The Court may grant early termination of supervised release after a defendant has completed one year of supervised release and upon finding that relevant 18 USC § 3553(a) sentencing factors support early termination. 18 USC § 3583(e)(1). Defendant must satisfy the Court that Defendant's conduct and the interests of justice warrant early termination.

The Court finds that Defendant's pro-social conduct while incarcerated and following release, four years of without any violation of the terms of supervised release, and lack of opposition from the government together support early termination of supervised release.

The Court GRANTS Defendant's motion (ECF No. 66).

DATED THIS 5th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE